UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-61879-CIV-SEITZ/O'SULLIVAN

LINDA OLIVIERI,
    Plaintiff,
vs.
CUMBERLAND FARMS, INC.,
a foreign corporation,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on an informal discovery conference held before the undersigned.  Accordingly, it is

ORDERED AND ADJUDGED that on or before October 22, 2009, the plaintiff or the plaintiff's agent shall be permitted onto the defendant's premises to: 1. inspect, photograph and survey the parking lot area at the defendant's store; and 2. inspect, photograph and survey all videographic and recording equipment, videotape rooms and video storage areas inside and outside of the defendant's store, including, but not limited to, the "locked" video room.   It is further

ORDERED AND ADJUDGED that on or before October 29, 2009, the defendant shall either file an appeal of this Order or provide the plaintiff with the subject incident report and the six (6) photographs attached to the incident report.  The defendant argues that the incident report and photographs are subject to the work product privilege as the incident report was prepared in anticipation of litigation under Fed.R.Civ.P. 26(b)(3).  Without determining whether the subject incident report and six photographs are work product, the undersigned finds that the plaintiff has demonstrated a substantial need for the incident report and photographs and an undue hardship in obtaining the equivalent information.  "[T]he unavailability of witnesses satisfies the element that the party is unable to obtain the substantial equivalent of the information." McCoo v. Denny's, Inc., 192 F.R.D. 675, 684 (D. Kan. 2000). The witness who

informed the store clerk of the plaintiff's fall remains unidentified, and therefore, unavailable, thereby preventing the plaintiff from taking the deposition of that witness and obtaining the substantial equivalent of the information. In addition, the photographs were taken on the date of the incident and best portray the area of the accident on the day of the incident.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **16th** day of October, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record